# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1527
L.T. Case No. 2017-CA-001440-A

_____

CAROL BARTHOLOMEW,

    Appellant,

    v.

EMIL HAGGER, Individually and
as Surviving Trustee of the Emil
Karl Hagger and Caroline Mary
Living Trust dated July 31, 2019,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Gary Lamar Sanders, Judge.

Carol Bartholomew, Ocala, pro se.

Lawrence C. Callaway, III, of Klein & Klein, LLC, Ocala, for
Appellee.

January 28, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and JAY and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____